## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

REPUBLICAN NATIONAL
COMMITTEE,

          Plaintiff,

          v.

DALE G. CALDWELL, in his official
capacity as Secretary of State of
New Jersey,*

          Defendant.

No. 25-cv-17612 (GC) (JTQ)

*Electronically Filed*

Motion Return Date:
March 16, 2026

**DEFENDANT DALE G.
CALDWELL'S NOTICE OF
MOTION TO DISMISS
PLAINTIFF'S COMPLAINT**

To:   Hon. Georgette Castner, U.S.D.J.
      Counsel of Record
      (via CM/ECF)

**PLEASE TAKE NOTICE** that on February 20, 2026, Defendant
Dale G. Caldwell, in his official capacity as Secretary of State of New
Jersey, will move before the Honorable Georgette Castner, U.S.D.J., at
the United States District Court for the District of New Jersey, Clarkson
S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton,
NJ 08608, for an Order dismissing Plaintiff's Complaint with prejudice
pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that in support of this

---

\* The current Secretary of State of New Jersey, Dale G. Caldwell, has
been automatically substituted for the former Secretary of State,
Tahesha Way, under Fed. R. Civ. P. 25(d).

motion, Defendant will rely on the accompanying brief and all other pleadings and papers on file in this matter.

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is submitted herewith.

Dated: February 20, 2026       JENNIFER DAVENPORT
ACTING ATTORNEY GENERAL
OF NEW JERSEY

/s/ Liza B. Fleming
Liza B. Fleming
Deputy Attorney General
(862) 350-5800
Liza.Fleming@njoag.gov

Stephen Ehrlich
Deputy Solicitor General
R.J. Hughes Justice Complex,
25 Market Street, P.O. Box 080
Trenton, New Jersey 08625

Robert A. Wiygul
Jason A. Levine
Hangley Aronchick Segal Pudlin & Schiller
1415 Route 70 East, Suite 405
Cherry Hill, NJ 08034
*Attorneys for Defendant*

2