# CONTARINO ROTH

Contarino Roth LLC
50 Park Place, Suite 1105
Newark, NJ 07102

Josiah Contarino
973-200-1926
jcontarino@contarinoroth.com

February 27, 2026

Clerk of Court Melissa E. Rhoads, Esq.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Federal Building
402 East State Street
Trenton, New Jersey 08608

**Re:** *Republican National Committee v. Dale Caldwell*, **No. 3:25-cv-17612-GC-JTQ**
**Automatic Extension Request by Party Opposing Dispositive Motion**

Dear Clerk of Court:

This firm represents Plaintiff Republican National Committee. This letter is written pursuant to Local Civil Rule 7.1(d)(5) to adjourn the motion day for Defendant's pending Motion to Dismiss from March 16, 2026, until April 6, 2026, the next available motion day following the original noticed date.

The original motion day has not previously been extended or adjourned. We are filing this before Plaintiff's opposition is due.

Respectfully submitted,

CONTARINO ROTH LLC

By: */s/ Josiah Contarino*
    Josiah Contarino

cc:   Counsel of Record (via ECF)