## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE, <br><br> Plaintiff, <br><br> v. <br><br> DALE G. CALDWELL, *in his official capacity as Secretary of State of New Jersey*, <br><br> Defendant. | Civil Action No. 25-17612 (GC) (JTQ) <br><br> **ORDER** |

**CASTNER, District Judge**

**THIS MATTER** comes before the Court upon Defendant Dale G. Caldwell's Motion to Dismiss Plaintiff Republican National Committee's Complaint (ECF No. 1) under Federal Rules of Civil Procedure (Rules) 12(b)(1) and 12(b)(6). (ECF No. 17.) The Court has carefully reviewed the parties' submissions and decides the matter without oral argument pursuant to Rule 78(b) and Local Civil Rule 78.1(b). For the reasons set forth in the Court's accompanying Memorandum Opinion, and for other good cause shown,

IT IS on this 20th day of July, 2026 **ORDERED** as follows:

1. Defendant's Motion to Dismiss (ECF No. 15) is **GRANTED.**

2. Plaintiff's Complaint (ECF No. 1) is **DISMISSED** without prejudice for Plaintiff's lack of standing.

3. The Clerk's Office is directed to **TERMINATE** Defendant's Motion (ECF No. 17) and **CLOSE** this case.

4. Plaintiff may file an Amended Complaint within 30 days after entry of this Order to the extent that Plaintiff can cure the deficiencies set forth in the accompanying Memorandum Opinion.

5. Failure to file an Amended Complaint within the time allotted by this Court will render the dismissal final. *See Knight v. Midland Credit Mgmt. Inc.*, 755 F. App'x 170, 174 (3d Cir. 2018) ("[W]here the plaintiff fails to amend the complaint, the order of dismissal becomes final and appealable once the amendment period passes because the plaintiff has chosen to stand on the complaint." (emphasis omitted)).

**GEORGETTE CASTNER**
**UNITED STATES DISTRICT JUDGE**

2